In the Matter of the Application of ROBERT T. HAW-THORNE, Appellant, for Admission to the Bar.

THE COMMITTEE ON CHARACTER AND FITNESS FOR THE SECOND JUDICIAL DEPARTMENT, Respondent.

(Argued December 12, 1932; decided January 10, 1933.)

*Jay Leo Rothschild* and *Louis Rivkin* for appellant.

*Peter P. Smith, William Pinkney Hamilton, Jr.,* and *Robert L. Callahan* for respondent.

Order affirmed; no opinion.   (See 261 N. Y. 554, 618.)

Concur: POUND, Ch. J., LEHMAN, O'BRIEN and HUBBS, JJ.   Dissenting: CRANE, KELLOGG and CROUCH, JJ.